The Charge by the Chief Juſtice given on the Adjournment. (1)

GENTLEMEN of the Grand Jury: We, as the Superiour Court of the Province, are to carry the Laws into Execution, but in this we have Need of your Aſſiſtance. Your Buſineſs, Gentlemen, more immediately reſpects the Crown Law. It is my Duty to inform you what Steps you muſt take, and what Methods purſue. I have often, on theſe Occaſions, gone into a diſtinct Detail of the ſeveral Branches of our Duty that more particularly fall under your Cognizance, and given ſpecial Definitions of thoſe Crimes, Offences and Miſdemeanours, concerning which the Grand Jury are to enquire: But now our Time is too far ſpent to allow of this; and indeed there is the leſs Need, as our preſent Crimes ariſe not ſo much from Ignorance, as other Sources. I ſhall therefore only juſt touch on ſuch Definitions as I judge more eſpecially neceſſary.

In general, Gentlemen, then, you are to enquire into all heinous Offences: — And theſe in general are thoſe Crimes which hurt the Peace of the Community, and diſturb the Order of Society. One of the moſt renowned Men and greateſt Sages of the Law

---

(1) The adjourned ſitting.

Law called himſelf the *Cuſtos Morum*, as well as *Cuſtos Legum*; and ſuch, Gentlemen, are you; you are to ſee that the Laws are kept inviolate, and the Manners of the People unpolluted.

You are to enquire into all Treaſons; and you are not to think there can be no Treaſons at this Diſtance from the Throne. Treaſons may be committed here, as well as nearer the royal Perſon; and if, from our Diſtance, we are exempted from thoſe more overt Acts of aſſaulting the Perſon of the King, yet Treaſon may be committed among us, by writing or ſpeaking againſt our Sovereign's Right to the Throne, conſpiring with others to levy War, and actually levying War againſt the King,* or the like.

You are to inſpect all Felonies, Burglaries, Thefts, high-handed Aſſaults, Riots and other Diſturbances: All Offences that more immediately reſpect the Morals of the People you are to enquire of; ſuch as the denying the Exiſtence of a God, Blaſphemy, or attributing to God what is inconſiſtent with God, or denying what belongs, and is due to him, a Denial of the eſtabliſhed Religion, all Profaneneſs, Lewdneſſes, and thoſe Crimes which a chaſte Ear cannot bear the Recital of, — indeed, there is no Offence whatever but may come under your Cognizance.

I

* *Qu.* Whether the Chief Juſtice had not in Contemplation the following, or ſome other ſimilar Authorities: — If the Intention of riotous Aſſemblies is to redreſs Grievances of a publick Nature, and ſuch Intention is executed, *it is a levying War againſt the King, and Treaſon.* Dalt. 322. 3 Inſt. 9. Kel. 70, 76. H. P. C. ch. 17, § 25. H. P. C. ch. 65, § 6.

I would eſpecially mention one or two Crimes which demand your immediate Attention. Burglary, Gentlemen, by the Rules of the Common Law, is a forceable Entry into the Houſe of another in the Night-Time, with an Intent to commit ſome Felony, whether ſuch Intent be executed or not; and I would obſerve, that there is no Need it ſhould be done ſecretly; it may be as well done when a great Number are preſent, as when there are but few. Riots is another very high Offence; this indeed does not ſtrike the Mind with ſo much Abhorrence, as ſome other Offences do, yet on the Diſcouragement and Suppreſſion of theſe, all Peace of Society depends. To prevent theſe, we muſt all lend our whole Aſſiſtance; for it is againſt the natural Light of Reaſon that ſuch Offences ſhould proceed with Impunity, and it greatly concerns every Individual to put a Stop to them. Such an Abhorrence has the Law, of Riots, that, if three or more aſſemble peaceably, and after, do ſome riotous Act, this is a riotous Aſſembly, notwithſtanding they did not at firſt aſſemble in a riotous Manner. The Law is thus ſevere, becauſe ſuch Aſſemblies, when not reſtrained, generally reſiſt all Oppoſition, and tend to the Subverſion of all Government: There is no knowing where they'll end. I ſhall not enlarge — indeed I may well be excuſed, being ſo much intereſted myſelf.

A ſacred Regard, Gentlemen, is to be had to your Oaths. You are to preſent no one through Malice, and leave no Man unpreſented, through Fear, Favour or Affection. Such a Situation are we in, at preſent, that 'tis very difficult to diveſt

one's

one's ſelf of all Connexions, and to preſerve that Firmneſs of Mind, on which depends the Well-being of us all.

The Truſt committed to you is very great and important. All Offences come under your Cogni-zance, and are to be preſented by you before they can be puniſhed. Sometimes Informations are filed by the Attorney General, and in certain Caſes admitted, though we are very tender how theſe are indulged, as 'tis a Hardſhip on the Subject; and I think there is no Caſe, in which a Man ſhall be tried for Life on an Information.* The Life of a Man ſhall not be endangered, unleſs twelve Men of the Grand Jury ſhall ſay, he ſhall be put on Trial, and twelve more of his Peers ſhall all agree that he is guilty, before he ſhall loſe his Life. This is a Priviledge of which the Court is as tender as any of the Subjects, and therefore do not allow Informa-tions, only in particular Caſes, and thoſe very ſel-dom. — It is of great Moment that you be very diligent in your Enquiry.

One Thing more I would mention: You are obliged, each of you, not only to take Notice of ſuch Offences as have been obſerved to you by the Court, or that ſhall be brought before you by the Attor-ney General, or others, but alſo of all thoſe Crimes which come within your own Knowledge, or where you have ſufficient Inducement to think Perſons have been guilty of Crimes, which have not been
brought

---

* *Qu.* One may be convicted of Felony on Indictment or *Informa-tion* by 5 Geo. 1, ch. 4. Wood's Inſt. 654.

brought forward by any one.    In ſuch Caſes, you ought to take Cognizance.

Further, Gentlemen, you will mind that Secreſy you are obliged by your Oaths to obſerve. This is not obſerved commonly ſo much as it ought, but 'tis abſolutely neceſſary now. You may diſcourſe among yourſelves, ſend for particular Perſons, and examine them ; and, whether what they teſtify is ſufficient to find a Bill, or not, you are to keep all in Secreſy. The Danger of revealing what may come before you at this Time is very obvious ; 'twill not only prevent future Informations, but have a Tendency to countenance and increaſe Crimes which it nearly concerns all of us to ſup-preſs.

I ſhall only add, that you muſt uſe the ſtricteſt Impartiality through your whole Enquiry, and I pray God to direct you in it.